1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VINCENTE SOLOMON,

11          Plaintiff,                     No. CIV S-11-2319 CKD P

12      vs.

13   M. CARRASCO, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by

18   defendants.  The alleged violations took place in Kern County, which is part of the Fresno

19   Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule

20   120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

25   request to proceed in forma pauperis.

26   /////

1           Good cause appearing, IT IS HEREBY ORDERED that:

2           1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4           2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6           United States District Court
            Eastern District of California

7           2500 Tulare Street
            Fresno, CA 93721

8

9    Dated: September 8, 2011

10

11   CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15   3/mp
     solo2319.22

16

17

18

19

20

21

22

23

24

25

26

2