# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE SOLOMON, | Case No. 1:11-cv-01511-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR REIMBURSEMENT OF FILING FEES |
| v. | (Doc. 37) |
| M. CARRASCO, et al., | |
| Defendants. | |

Plaintiff Vincente Solomon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 1, 2011. On July 24, 2015, Plaintiff filed a motion asserting that he was overcharged for filing fees and seeking reimbursement in case numbers 2:08-cv-02544-KJN *Solomon v. Felker*, 2:10-cv-02103-WBS-AC *Solomon v. Negrete*, 1:11-cv-01511-LJO-SKO *Solomon v. Carrasco*, and 1:12-cv-00056-GSA *Solomon v. Tate*.

It appears Plaintiff's misunderstanding may arise from the district court's duty to collect appellate filing fees. Fed. R. App. P. 3(e). The current filing fee for civil cases is $350 and, as of December 1, 2014, the current filing fee for appeals is $505, 28 U.S.C. §§ 1913, 1914, 1917. These fees are collected by the district court. Fed. R. App. P. 3(e). Financial records reflect that in three out of the four civil cases listed above, Plaintiff filed appeals. Therefore, the amount collected in these cases will reflect both the initial filing fee and the subsequent appellate filing fee(s).

The Court has no jurisdiction to issue any orders concerning Plaintiff's other three Eastern District cases, but as a courtesy, it will provide him with the financial statements for the four cases listed above.  With respect to this case, Plaintiff owed $805: $350 for filing the case and $455 for his pre-December 1, 2014, appeal.  As of September 23, 2014, the $805 balance was paid in full and Plaintiff owes nothing further in this case at this time.  However, should Plaintiff file another appeal in the future, he will again incur a filing fee and it will be collected by this court under this case number.

Based on the foregoing, the Court HEREBY ORDERS as follows:

1.      Plaintiff's motion for the reimbursement of filing fees in this case is DENIED; and

2.      The Clerk's Office shall send Plaintiff courtesy copies of his financial statements in case numbers 2:08-cv-02544-KJN, 2:10-cv-02103-WBS-AC, 1:11-cv-01511-LJO-SKO, and 1:12-cv-00056-GSA.

IT IS SO ORDERED.

Dated:   **July 30, 2015**                               **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE