# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE SOLOMON, | Case No. 1:11-cv-01511-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING REQUEST FOR PRODUCTION OF DOCUMENTS AS PREMATURE |
| v. | |
| M. CARRASCO, et al., | (Doc. 38) |
| Defendants. | |

Plaintiff Vincente Solomon ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 1, 2011. The discovery phase commenced on April 21, 2015, and on July 28, 2015, Plaintiff filed a motion requesting a court order for Defendants to produce documents.

Discovery requests must be served directly on Defendants Carrasco and Dailo's counsel; requests should not be filed with the Court and Plaintiff may not, as an initial matter, seek discovery via court order.[1]  (Doc. 34, Disc. & Sched. Order, ¶¶1, 2.)  In the event a discovery dispute arises, the parties may seek court intervention via a motion to compel, but Plaintiff may not prematurely attempt to seek discovery through the court as an initial matter.  (*Id.*, ¶4.)

With respect to Plaintiff's comment regarding his interest in settlement, initial settlement offers or negotiations should be conducted privately between the parties.  If *both* sides believe a

---

[1] The request is devoid of any indication Plaintiff has requested the production of documents from Defendants.

settlement conference will be beneficial, Defendants' counsel may notify the Court and it will set one.

Accordingly, Plaintiff's request for the production of documents via court order is premature and is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **July 30, 2015**        **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE

2