# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE SOLOMON, | Case No. 1:11-cv-01511-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND DIRECTING DEFENDANTS TO SERVE RESPONSE TO RFP, ONE THROUGH THREE, WITHIN FORTY-FIVE DAYS |
| v. | |
| M. CARRASCO, et al., | |
| Defendants. | (Doc. 52) |

Plaintiff Vincente Solomon ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 24, 2015. This action is proceeding on Plaintiff's amended complaint against Defendants Carrasco and Dailo ("Defendants") for depriving Plaintiff of outdoor exercise, in violation of the Eighth Amendment of the United States Constitution.

On October 29, 2015, Plaintiff filed a request for the appointment of counsel and a discovery request directed to Defendants' counsel. For the reasons set forth in the order filed on October 13, 2015, Plaintiff's motion for the appointment of counsel is DENIED.[1] 28 U.S.C. § 1915(e)(1); *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981).

---

[1] The Court very recently addressed this issue, and there have been no changed circumstances supporting what amounts to a request for reconsideration. Fed. R. Civ. P. 60; Local Rule 230(j).

Discovery requests must be served on Defendants' counsel by mail; they should not be filed with the Court, as Plaintiff has been informed. Defendants shall treat the filing of October 29, 2015, as a request for the production of documents ("RFP"), one through three, and they shall serve their response on Plaintiff within forty-five days from the date of service of this order. (Doc. 34, Disc. & Sched. Order, ¶2.)

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is DENIED; and
2. Defendants' counsel shall serve a response to Plaintiff's RFP, one through three, within **forty-five (45) days** form the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 3, 2015**                   /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE