# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE SOLOMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARRASCO, et al,<br><br>　　　　　Defendants. | 1:11-cv-01511-LJO-SKO (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Doc. 36, 42, 51)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's amended complaint against Defendants Carrasco and Dailo ("Defendants") for depriving Plaintiff of outdoor exercise, in violation of the Eighth Amendment of the United States Constitution.

　　　　On July 22, 2015, Defendants filed a motion for summary judgment which included notice to Plaintiff of the requirements to oppose the motion.  (Doc. 36.)  Despite requesting and receiving two sixty (60) day extensions of time (Docs. 42, 51), Plaintiff has not filed an opposition or a statement of non-opposition to the motion despite lapse of the requisite time.  Local Rule 230(*l*).

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Plaintiff shall file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order;[1] and

---

[1] A Second Informational Order which identifies the requirements to oppose a motion for summary judgment is

1

    2.      **Plaintiff is warned that the failure to comply with this order will result dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **January 12, 2016**                                          /s/ Sheila K. Oberto
                                                                              UNITED STATES MAGISTRATE JUDGE

---

concurrently issued herewith.